**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Alastair F. Hamblin (SBN 282044)
afh@calattorneys.com
10866 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377
Attorneys for Plaintiff,
KIERRA THOMAS

**KLEIN THOMAS & LEE**
Anthony S. Thomas (SBN 240055)
Tony.thomas@kleinthomaslaw.com
505 Montgomery Street, 13th Floor
Irvine, CA 92614
Telephone: (310) 424-4009
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIERRA THOMAS, an individual,<br><br>    Plaintiff,<br><br>   vs.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:23-cv-00164-FWS-JDE<br>Judge:    Hon. Fred W. Slaughter<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Filed:    January 26, 2023<br>Trial:    April 9, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Kierra Thomas ("Plaintiff") and Defendant Nissan North America, Inc. ("Defendant") (collectively the "Parties") have reached a settlement as to the underlying claims in the above-referenced matter. The Parties are currently working to resolve the attorneys' fees and costs. If the Parties are unable to resolve the attorneys' fees and costs by negotiation, Plaintiff will file a motion pursuant to California Civil Code section 1794(d). Upon resolution of the attorneys' fees and costs, the Parties will file a Joint Stipulation of Dismissal of the entire action.

IT IS SO STIPULATED.

Dated: October 12, 2023      **CALIFORNIA CONSUMER ATTORNEYS**

/s/ Michael H. Rosenstein
Michael H. Rosenstein
Alastair F. Hamblin
Attorneys for Plaintiff,
KIERRA THOMAS

Dated: October 12, 2023      **KLEIN THOMAS & LEE**

/s/ Anthony S. Thomas
Anthony S. Thomas
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.