UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-00164-FWS (JDEx): | Date | October 13, 2023 |
|---|---|---|---|
| Title | Kierra Thomas v. Nissan North America, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                               None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [26] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **thirty (30) days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                                        -     :     -

                                                           Initials of Deputy Clerk   mku

cc: